### 16821. VEAL *v.* HUFFMAN.

BLOODWORTH, J. 1. The court did not err in any of its rulings on the pleadings on which error was assigned in the exceptions pendente lite.
2. In no ground of the motion for a new trial is there any error that requires another hearing of the case.

3. The verdict is not lacking in evidence to support it.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED DECEMBER 15, 1925.

Complaint; from Floyd superior court—Judge Wright.   October 2, 1924.

*Paul H. Doyal,* for plaintiff in error.

*F. W. Copeland, Porter & Mebane,* contra.